CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
AUG 21 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID LYNN HALL, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:08cv00463 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DORIS WHITMORE, | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that this action shall be and hereby is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1) and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 21st day of August, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge